AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>274 Baboosic Lake Road, Merrimack NH | )<br>)<br>)<br>)   Case No. 1:25-mj-  110-01-TSM<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ New Hampshire _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

❏ contraband, fruits of crime, or other items illegally possessed;

❏ property designed for use, intended for use, or used in committing a crime;

❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371, 922(a)(6), 922(a)(5) | Conspiracy; False Statements in Connection with Firearm Purchase; Firearm Trafficking |

The application is based on these facts:

See attached affidavit of ATF Special Agent Sean Sullivan

☑ Continued on the attached sheet.

❏ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Sean Sullivan*
_____
*Applicant's signature*

Special Agent Sean Sullivan, ATF
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ Telephone _____ *(specify reliable electronic means)*.

Date:  **Jun 10, 2025**

_____
*Judge's signature*

City and state:   Concord, New Hampshire

Hon. Talesha L. Saint-Marc, U.S. Magistrate Judge
_____
*Printed name and title*